1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR94-5246FDB |
| v. | ORDER FINDING MOOT MOTION TO EXPEDITE PROCESS |
| RODNEY H.S. KIM, | |
| Defendant. | |

15

16

17

Defendant moved for an order expediting the process as to his Motion for Reduction of Sentence, which has now been denied.  Accordingly,

IT IS ORDERED: Defendant Kim's Motion for Order Expediting Process [Dkt. # 565] is found to be MOOT.

18

19

DATED this 12th day of September, 2007.

20

21

22

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

23

24

25

26

ORDER - 1